UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

                    Plaintiff,

v.                                              Case No. 2:14-cr-7
                                                Hon. R. Allan Edgar

ALEXANDER BRANDON SAGATAW,

                    Defendant.
_____/

## ORDER OF DETENTION

A June 16, 2015 an arrest warrant was issued for defendant for violation of

conditions of supervised release.  Defendant appeared before this Court on June 24,

2015 with the hearing continued to June26, 2015.

For reasons stated on the record at the June 26, 2016 hearing, defendant shall

be detained pending further proceedings.  This matter is continued to July 2, 2015 at

2:00 p.m.


IT IS SO ORDERED.

                              /s/ Timothy P. Greeley
                         TIMOTHY P. GREELEY
                         UNITED STATES MAGISTRATE JUDGE

Dated: 6/26/2015