UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

UNITED STATES OF AMERICA,

        Plaintiff,              Case No. 2:14-cr-7

v.                                HON. PAUL L. MALONEY

ALEXANDER BRANDON SAGATAW,

        Defendant.
_____/

## REPORT AND RECOMMENDATION

On June 15, 2016, a Petition for Warrant or Summons for Offender Under Supervision was filed alleging five violations of the defendant's conditions of supervised release.

An initial appearance was conducted on June 27, 2016, at which time the defendant requested more time to review the case.

On July 14, 2016, the parties appeared before the undersigned for a revocation hearing and defendant submitted a waiver of his right to appear before a district judge, his right to allocution before a district judge, and his right to sentencing before a district judge. The defendant admitted to violations 1, 2, and 3 as set forth in the petition and the government indicated they were dismissing violations 4 and 5. Sentencing was conducted immediately following the defendant's admission to the violations. For the reasons stated on the record, it is recommended that the Court find the defendant did violate the

conditions of supervised release as set forth in violations #1, 2, and 3 of the petition and that the attached Judgment in a Criminal Case for Revocation of Probation or Supervised Release be entered.

Date: 7/15/2016

/s/ Timothy P. Greeley
TIMOTHY P. GREELEY
United States Magistrate Judge

## NOTICE TO PARTIES

You have the right to de novo review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than fourteen days after the plea hearing. *See* W.D. MICH. L.CR.R. 11.1(d).