UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

        Case No. 2:14 -cr-07

        HONORABLE PAUL L. MALONEY

ALEXANDER BRANDON SAGATAW,

        Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Timothy P. Greeley in this action (ECF No. 58). The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge is approved and adopted as the opinion of the Court.

2. Defendant's admission of guilt is accepted and defendant is adjudicated guilty of violations One, Two, and Three of the petition. A judgment shall issue.

Date: August 4, 2016

        /s/ Paul L. Maloney
        Paul L. Maloney
        United States District Judge